# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUNDES GARRETT,** | : | |
| Appellant | : | CIVIL ACTION NO. 3:17-0750 |
| v | : | |
| | | (JUDGE MANNION) |
| **CHASE HOME FINANCE s/b/m/t CHASE MANHATTAN MORTGAGE CORP.** | : | |
| | : | |
| Appellee | : | |

## ORDER

Based upon the foregoing Memorandum, and upon consideration of Appellant Garrett's appeal of the Bankruptcy Court's Order dated April 18, 2017, which denies Appellant's March 21, 2017 motion to vacate the Bankruptcy Court's Order dated May 17, 2011, **IT IS HEREBY ORDERED THAT:**

1. Appellant's application to proceed *in forma pauperis* in this appeal, (Doc. 2), is **GRANTED**;

2. The Bankruptcy Court's Order dated April 18, 2017 is **AFFIRMED**;

3. Appellant's appeal, (Doc. 1), is **DENIED**; and

**4.** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 5, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0750-01-Order.wpd